

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

In the interest of J.R.D. and     * From the 326th District
A.M.D., children,               of Taylor County,
                                         Trial Court No. 40,124-C.

No. 11-12-00074-CV              * February 27, 2014

                                  * Memorandum Opinion by Willson, J.
                                    (Panel consists of: Wright, C.J.,
                                    Willson, J., and Bailey, J.)

      This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Martin Diaz.